# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARLENE ROGOFF,

    Plaintiff(s),

v.

NAITONAL CREDIT SYSTEMS, INC.,

    Defendant(s).

Case No.: 2:19-cv-01131-APG-NJK

**Order**

[Docket No. 10]

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 10. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). For good cause shown, Plaintiff's motion is **GRANTED** subject to the following:

- No later than August 23, 2019, Plaintiff must file a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1

- Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: August 2, 2019

_____
Nancy J. Koppe
United States Magistrate Judge