# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE ROGOFF,<br><br>    Plaintiff(s),<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>    Defendant(s). | Case No.: 2:19-cv-01131-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 28) |

Pending before the Court is a motion to withdraw as counsel for Defendant National Credit Systems, Inc. Docket No. 28. Any response must be filed by August 11, 2020.

The Court **SETS** a telephonic hearing on the motion for 10 a.m. on August 26, 2020. In addition to withdrawing counsel and any newly retained counsel, a corporate representative for Defendant National Credit Systems, Inc. must appear telephonically at the hearing. To appear telephonically, the Court's conference line at 877-402-9757 must be called at least five minutes before the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

Withdrawing counsel shall serve a copy of this order on Defendant National Credit Systems, Inc. and shall file a proof of service by July 31, 2020.

IT IS SO ORDERED.

Dated: July 28, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1