# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE ROGOFF,<br><br>    Plaintiff(s),<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>    Defendant(s). | Case No.: 2:19-cv-01131-APG-NJK<br><br>**Order**<br><br>[Docket No. 28] |

Pending before the Court is a motion to withdraw as counsel. Docket No. 28. Due to systems failures at the courthouse, the hearing on that motion could not take place as set. Accordingly, the telephonic hearing on the motion to withdraw is CONTINUED to 3:30 p.m. on September 8, 2020. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

Defense counsel must serve this order on Defendant and must file a proof of service by September 3, 2020.

IT IS SO ORDERED.

Dated: August 31, 2020

                                                                         Nancy J. Koppe
                                                                        United States Magistrate Judge