# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARLENE ROGOFF,

    Plaintiff

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant

Case No.: 2:19-cv-01131-APG-NJK

**Order**

    Under the scheduling order, the proposed joint pretrial order was due 30 days after my November 2, 2020 ruling on defendant National Credit Systems, Inc.'s motion for judgment on the pleadings. ECF No. 17 at 2. The proposed joint pretrial order is now overdue.

    I THEREFORE ORDER the parties to file the proposed joint pretrial order by February 5, 2021. Failure to comply may result in sanctions, including dismissal with prejudice.

    DATED this 6th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE