UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE ROGOFF, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NATIONAL CREDIT SYSTEMS, INC., )<br>)<br>Defendant. ) | CASE NO.: 2:19-cv-01131-APG-NJK |

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT NATIONAL CREDIT SYSTEMS, INC., WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

The parties, as evidenced by the signature of the Plaintiff and of the National Credit Systems, Inc.'s respective counsel below, stipulate to the dismissal of Plaintiff's claims against National Credit Systems, Inc., with prejudice and without attorneys' fees or costs to either party.

Respectfully Submitted,

Dated: February 2, 2021

/s/ *[signature]*
Marlene Rogoff
XXX


/s/ Andrew Van Ness, Esq.
Andrew Van Ness
*Attorney for Defendant,*
*National Credit Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s/ Andrew Van Ness

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE ROGOFF, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.: 2:19-cv-01131-APG-NJK |
| ) | |
| NATIONAL CREDIT SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT NATIONAL CREDIT SYSTEMS, INC.

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against National Credit Systems, Inc., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate National Credit Systems, Inc., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: February 4, 2021

_____
Judge of United States District Court